**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

Hien T. Nguyen,

    Plaintiff,

v.

Carlos Del Toro,

    Defendants.

Case No. 2:21-cv-04327-VAP-ASx

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Granting Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Hien T. Nguyen v. Carlos Del Toro*, 2:21-cv-04327-VAP-ASx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

IT IS SO ORDERED.

Dated: 6/27/23

_____
Virginia A. Phillips
Senior United States District Judge